## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v. | DOCKET NO. |
| **Dexter Timothy HAWKINS**; DOB: 1989; United States | MAGISTRATE'S CASE NO. 22-04374MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 9, 2022, in the District of Arizona, **Dexter Timothy HAWKINS**, knowing or in reckless disregard that certain aliens, namely Damian Darinel ROBLERO-Morales, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 9, 2022, in the District of Arizona (Naco), a United States Border Patrol Agent (BPA) responded to a request for assistance from Cochise County Sheriff's Office (CCSO) advising of a possible smuggling encounter. The BPA arrived and met with CSO Deputy who said he encountered the red 1999 Ford F-150 on traveling on State Route 92 and observed flames coming from the rear tire area of the F-150. The Deputy said the F-150 self-yielded and he approached it to ascertain all occupants were safe and if the driver, identified as **Dexter Timothy HAWKINS**, was aware of the flames. The BPA approached the F-150 and saw all five occupants were wearing camouflage clothing. The BPA questioned them, and all admitted to being in the United States illegally.

Records checks revealed that Damian Darinel ROBLERO-Morales did not have the proper immigration documentation to enter or remain in the U.S. legally.

In a post *Miranda* statement, **HAWKINS** said he was given instructions via text message on his cellphone to drive from Tucson, Arizona to Bisbee, Arizona to pick up illegal aliens. **HAWKINS** said he received a map image and was told to go to the pick-up spot. **HAWKINS** said when he arrived only one illegal alien got in. **HAWKINS** said he received two additional pick-up locations and picked up four more illegal aliens. **HAWKINS** was then instructed to drive them to Phoenix, Arizona and drop them off. **HAWKINS** said he expected to be paid $300 per illegal alien.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Damian Darinel ROBLERO-Morales

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/rr | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 10, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54