FILED
2022 APR -6  PM 7: 47
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
COREY J. MANTEI
Assistant U.S. Attorney
State Bar No.: 029685
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: corey.mantei@usdoj.gov
Attorneys for Plaintiff

CR22-00669 TUC-RM(JR)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Dexter Timothy Hawkins,<br>　(Counts 1-2)<br><br>　　　　　Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens for Profit)<br>**Count 1**<br><br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Transportation of Illegal Aliens for Profit)<br>**Count 2** |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about March 9, 2022, in the District of Arizona, Dexter Timothy Hawkins, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move Damian Darinel Roblero-Morales, an illegal alien, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 2

On or about March 9, 2022, in the District of Arizona, Dexter Timothy Hawkins, knowing and in reckless disregard of the fact that an alien, Damian Darinel Roblero-Morales, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 6, 2022

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

COREY J. MANTEI
Assistant U.S. Attorney

*United States of America v. Dexter Timothy Hawkins*
*Indictment Page 2 of 2*